THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OSCAR ROY RATLIFF, Defendant-Appellant. .

(No. 72-128;

Second District—May 11, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Gerry Dondanville, State's Attorney, of Elgin, (Leo Wotan, Assistant State's Attorney, of counsel,) for the People.